173 A.3d 153

**Elizabeth HANSON–METAYER**

v.

**Leslie RACH**

**Pet. Docket No. 262, Sept.Term, 2017**

Court of Appeals of Maryland.

November 3, 2017

(No. CAL17–07312, Circuit Court for Prince George's County.) Transferred to the regular docket as No. 59, Sept.Term, 2017.

Petition for writ of certiorari granted

173 A.3d 153

**Shontel HUNTER**

v.

**BROADWAY OVERLOOK**

**Pet. Docket No. 283, Sept.Term, 2017**

Court of Appeals of Maryland.

November 3, 2017

(No. 24–C–17–003110, Circuit Court for Baltimore City.) Transferred to the regular docket as No. 61, Sept.Term, 2017.

Petition for writ of certiorari granted